IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CENTURY INDEMNITY COMPANY, as successor to CCI Insurance Company, as successor to Insurance Company of North America, | ) ) ) ) ) ) | CIVIL ACTION |
| Plaintiff, | ) ) | No. 2:20-cv-02095-JCJ |
| v. | ) ) | |
| RLI INSURANCE COMPANY, | ) ) | |
| Defendant. | ) ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and no answer or motion for summary judgment having been filed, Century Indemnity Company voluntarily dismisses this action.

                WHITE AND WILLIAMS LLP

                /s/ Ciaran B. Way
                Daryn E. Rush
                Ciaran B. Way
                1650 Market Street, Suite 1800
                One Liberty Place
                Philadelphia, PA  19103
                215-864-6815
                rushd@whiteandwilliams.com
                wayc@whiteandwilliams.com

                *Attorneys for Plaintiff*
                *Century Indemnity Company*

-2-

## CERTIFICATE OF SERVICE

I, Ciaran B. Way, hereby certify that on this 29th day of June, 2020, I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal to be served via ECF upon all counsel of record, and via email and first class mail, as follows:

Michael P. Mullins
Day Pitney
One International Place
Boston, MA
mmullins@daypitney.com

*Attorneys for Defendant RLI Insurance Company*

/s/ Ciaran B. Way
Ciaran B. Way